1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINE M. PARVAN, ESQ.
   Nevada Bar No. 10711
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:     (702) 634-5000
5  Facsimile:      (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christine.parvan@akerman.com

7  *Attorneys for Defendants*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loan Servicing, LP f/k/a*
   *Countrywide Home Loans Servicing, LP,*
9  *ReconTrust Company, N.A., and Federal*
   *National Mortgage Association*

10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF NEVADA**

12

13  ISMAEL RODRIGUEZ, an individual,

                            Plaintiff,
14
   vs.
15
   BAC HOME LOAN SERVICING; f/k/a
16 COUNTRYWIDE HOME LOANS;
   RECONTRUST COMPANY, a Nevada
17 Corporation; FEDERAL NATIONAL
   MORTGAGE ASSOCIATION, a Foreign
18 Corporation; JOHN DOES I-V; and DOE
   CORPORATIONS I through X, inclusive,
19
                            Defendants.
20

Case No.: 2:10-cv-02133-GMN-LRL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

21     Defendants BANK OF AMERICA, N.A. ("BANA") as successor by merger to BAC HOME

22 LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOAN SERVICING, LP, improperly

23 named as BAC Home Loan Servicing f/k/a Countrywide Home Loans ("BAC"), RECONTRUST

24 COMPANY, N.A., improperly named as Recontrust Company ("ReconTrust"), and FEDERAL

25 NATIONAL MORTGAGE ASSOCIATION ("FNMA") (collectively "Defendants") and Plaintiff

26 ISMAEL RODRIGUEZ, by and through their undersigned attorneys, hereby stipulate and agree that

27 the above-entitled matter shall be dismissed with prejudice against Defendants.

28  / / /

{22420353;1}                                              1

The parties further stipulate that each party shall bear its own attorney's fees and costs.

The parties state that the Court has not issued a Discovery Plan/Scheduling Order in this matter, nor has a trial date been set.

DATED this 21st day of October, 2011.              DATED this 21st day of October, 2011.

**AKERMAN SENTERFITT LLP**                         **RANDOLPH LAW FIRM, P.C.**

 /s/ Christine M. Parvan                              /Taylor L. Randolph
ARIEL E. STERN, ESQ.                               TAYLOR L. RANDOLPH, ESQ.
Nevada Bar No. 8276                                Nevada Bar No. 10194
CHRISTINE M. PARVAN, ESQ.                          1835 Village Center Circle
Nevada Bar No. 10711                               Las Vegas, Nevada 89134
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101                            *Attorney for Plaintiff*

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to*
*BAC Home Loan Servicing, LP f/k/a*
*Countrywide Home Loans Servicing, LP,*
*ReconTrust Company, N.A., and Federal*
*National Mortgage Association*

**IT IS SO ORDERED** this 2nd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

{22420353;1}                                       2