ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants Bank of America, N.A. successor by merger to BAC Home Loan Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, ReconTrust Company, N.A., and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISMAEL RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOAN SERVICING; f/k/a COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY, a Nevada Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Foreign Corporation; JOHN DOES I-V; and DOE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-02133-GMN-GWF<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted a Stipulation and Order for Dismissal with Prejudice [Dkt. 13] ("Dismissal") on December 2, 2011.

Defendants BANK OF AMERICA, N.A. successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOAN SERVICING, LP, improperly named as BAC Home Loan Servicing f/k/a Countrywide Home Loans, ReconTrust Company, N.A., and Federal National Mortgage Association (collectively, "Defendants") request that the lis pendens Plaintiff ISMAEL RODRIGUEZ ("Plaintiff") recorded against the subject property be canceled.

/ / /

{22426354;1}                                                                1

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about November 9, 2010 as Instrument Number 201011090002471 in real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing, the Court grants Defendants' their requested relief and orders:

1. The above-referenced Lis Pendens is hereby canceled, released and expunged;

2. This Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3. Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**DATED** this 16th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRSTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Bank of America, N.A. successor by merger to BAC Home Loan Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, ReconTrust Company, N.A., and Federal National Mortgage Association*

**EXHIBIT A**

**EXHIBIT A**

Case 2:10-cv-02133-GMN -GWF   Document 17   Filed 12/16/11   Page 3 of 6

Inst #: 201011090002471
Fees: $16.00
N/C Fee: $0.00
11/09/2010 01:14:52 PM
Receipt #: 571968
Requestor:
TAYLOR RANDOLPH
Recorded By: GWC   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER



APN# 161-06-718-014

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Pendency of
Action (Lis Pendens)

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

Taylor Randolph

**Return Documents To:**

Name Taylor Randolph

Address 1835 Village Center Circle

City/State/Zip Las Vegas, NV 89134

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

Electronically Filed
11/02/2010 03:19:23 PM

*signature*

**CLERK OF THE COURT**

1  APN 161-06-718-014
   When recorded return to
2  **TAYLOR L. RANDOLPH, ESQ.**
   **RANDOLPH LAW FIRM, PC**
3  Nevada Bar No. 10194
4  1835 Village Center Circle
   Las Vegas, NV 89134
5  Tel: 702-556-2034

6  Fax: 702-382-8891
   Attorney for Plaintiff
7

8                    DISTRICT COURT

9                   CLARK COUNTY, NEVADA

10

11  ISMAEL RODRIGUEZ, an individual,            Case No. A-10-628511-C

12                Plaintiff,                    Dept. No. XVIII

13                                              **NOTICE OF PENDENCY OF**
14       vs.                                    **ACTION (LIS PENDENS )**

15  BAC HOME LOAN SERVICING; f/k/a
    COUNTRYWIDE HOME LOANS; RECONTRUST
16  COMPANY, a Nevada Corporation; FEDERAL
    NATIONAL MORTGAGE ASSOCIATION, a
17  Foreign Corporation; JOHN DOES I-V; and DOE
18  CORPORATIONS I through X inclusive,

19                Defendants.

20

21       Notice is hereby given that an action has been commenced and is now pending in this

22  court on the Complaint of the above-named Plaintiff against the above named Defendants,

23  seeking that the title to certain real properties belonging to certain Defendants be foreclosed

24  and/or transferred to Plaintiff.
25
    ///
26
    ///
27
    ///
28

                                                 1

| | |
|---|---|
| 1 | The real properties in the County of Clark affected hereby are particularly described as |
| 2 | follows: |
| 3 | 4111 E. Boston Avenue |
| 4 | |
| 5 | City of Las Vegas, NV 89104 |
| 6 | |
| 7 | APN: 161-06-718-014 |
| 8 | |
| 9 | DATED this 25th day of October, 2010. |

RANDOLPH LAW FIRM P.C.

_____

TAYLOR L. RANDOLPH

Nevada Bar No. 10194

1835 Village Center Circle

Las Vegas, Nevada 89134

Attorney for Plaintiff